**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS ) <br> TRUST FUNDS FOR SOUTHERN ) <br> CALIFORNIA ) <br> ADMINISTRATIVE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CENTRAL COAST STRIPING, ) <br> INC.; TOMMI CUMMING; ) <br> ~~AMERICAN CONTRACTORS~~ ) <br> ~~INDEMNITY COMPANY;~~ ) <br> ~~WESTERN SURETY COMPANY;~~ ) <br> ~~and DOES 1 through 10,~~ ) <br> ~~inclusive~~, <br> ) <br> Defendants. ) <br> _____ | Case No. EDCV 09-1073-VAP (JCx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Minute Order filed herewith, IT IS ORDERED AND ADJUDGED that this Judgment is entered in favor of Plaintiff Construction Laborers Trust Funds For Southern California Administrative Company ("Plaintiff") against Defendants Central Coast Striping, Inc. ("Central Coast") and Tommi Cumming ("Cumming"). The Court orders that such judgment be entered.

The amount of damages ordered paid to Plaintiff by Central Coast is $35,297.75, calculated as follows:

    a) $19,377.29 for unpaid monthly contributions through June 2009;

    b) $3,712.16 in contractual pre-judgment interest, calculated as of December 14, 2009;

    c) $13,648.30 in liquidated damages for failure to pay or pay timely monthly contributions;

    d) $2,560.00 in audit fees;

    e) Minus a $4,000 credit paid by Central Coast's surety bondholder.

The amount of damages ordered paid to Plaintiff by Cumming is $7,225.75, calculated as follows:

    a) $5,289.22 in unpaid monthly contributions to the Construction Laborers Vacation Trust for Southern California through June 2009;

    b) $960.61 in contractual pre-judgment interest, calculated as of December 14, 2009;

1     c) $1,304.51 in liquidated damages for failure to pay
2     or pay timely monthly contributions;
3
4     d) $698.88 in audit fees;
5
6     e) Minus a $1,027.47 credit paid by Central Coast's
7     surety bondholder.
8
9     Plaintiff's total recovery of damages is not to
10 exceed $35,297.75.
11
12     In addition, Plaintiff is awarded reasonable
13 attorneys' fees of in the amount of $2,717.87 and costs
14 of suit in the amount of $623.08, to be paid by Central
15 Coast and Cumming, jointly and severally.
16
17     Finally, final and permanent injunctive relief is
18 hereby granted as follows:
19
20     a) Central Coast and Cumming are ordered to deliver
21     or cause to be delivered to the offices of
22     Plaintiff's attorneys no later than thirty (30) days
23     from the date of entry of this judgment:
24
25        (1) A truthfully and accurately completed report
26           form (hereinafter "Monthly Report") for each
27           of Central Coast's past and present accounts
28

with the Trust Funds for the months of November 2008 and each month from July 2008 through December 2009, collectively identifying all persons for whom Central Coast owes Monthly Contributions to the Trust Funds for those months and the hours of work they performed for which Monthly Contributions are due;

(2) A cashier's check or checks made payable to the "Construction Laborers Trust Funds for Southern California" totaling the full amount of Monthly Contributions due by Central Coast to the Trust Funds for those months.

|   |   |
|---|---|
| 1 | (b) For each month after December 2009, Central Coast |
| 2 | and Cumming are ordered to submit timely Monthly |
| 3 | Contributions and Monthly Reports to the Trust Funds |
| 4 | on behalf of Central Coast in accordance with the |
| 5 | terms of the Laborers' Master Parking and Highway |
| 6 | Improvement Agreement, unless Central Coast has both |
| 7 | inactivated its accounts with the Trust Funds in |
| 8 | accordance with the terms of the Laborers' Master |
| 9 | Parking and Highway Improvement Agreement and has in |
| 10 | fact not performed any work covered by the Laborers' |
| 11 | Master Parking and Highway Improvement Agreement. |

Dated: February 11, 2010

*/s/ Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge